**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00401-CV

### JOANN ADELE BROOKS, Appellant

### V.

### PAUL HEDLEY BATCHELOR, Appellee

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR10-1373-2**

## ORDER

The Court **GRANTS** appellee's request to extend time to file his brief and **ORDERS** that appellee's brief be filed within thirty days of the date of this order.

/s/      ELIZABETH LANG-MIERS
         JUSTICE